VICTOR F. SMITH, Appellant, *v.* HAROLD FONDA, Defendant, and SHADINGER & REDICK COMPANY, INC., Respondent.

Submitted January 2, 1945; decided January 11, 1945.

*Del B. Salmon* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of MICHAEL SHERIFF, Respondent. ABRAHAM K. FLESCHNER et al., as Officers and Directors of ALBERT A. VOLK COMPANY, INC., Appellants.

Submitted January 2, 1945; decided January 11, 1945.

Motion by respondent to amend remittitur granted. Return of remittitur requested and when returned it will be amended to read as follows: "Orders reversed and matter remitted to Special Term to try the issues of fact, with costs to the appellants in all courts." [See 293 N. Y. 866.]